UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDITHA APOSTOL,<br><br>    Plaintiff,<br><br>    v.<br><br>SATELLITE HEALTHCARE, INC.,<br><br>    Defendant. | Case No.  15-cv-02336-BLF<br><br>**ORDER REGARDING DEFENDANT'S LETTER TO THE COURT** |

On January 15, 2016, Defendant mailed a letter to the Court. Plaintiff's counsel was also carbon copied on the letter.

Pursuant to Civil L.R. 5-1, all cases, except sealed cases, are designated for participation in the Court's Electronic Filing System and all documents must be filed electronically. *See also* Civil L.R. 5-1(e). The Court's records do not indicate that Defendant's letter was electronically filed. Accordingly, the Court will not consider the letter.

The Court advises the parties that Civil L.R. 7-10 authorizes a party to file an *ex parte* motion and Civil L.R. 7-11 allows for the filing of administrative motions with respect to miscellaneous administrative matters.

**IT IS SO ORDERED.**

Dated: January 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge