United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

EDITHA APOSTOL,

    Plaintiff,

v.

SATELLITE HEALTHCARE, INC.,

    Defendant.

Case No. 15-cv-02336-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 25, 2016**

The Court SETS a case management conference for February 25, 2016 at 11:00 a.m. The parties shall file a joint case management statement on or before February 18, 2016.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge